

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00777-CV

**PREMIER LEARNING ACADEMY, INC.**, and Juan Padilla,
Appellants

v.

Becky **LUNA-CRISTAN** and Miranda De La Rosa,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16355B
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed:  January 17, 2018

DISMISSED FOR WANT OF PROSECUTION

A filing fee and the docketing statement were due upon the filing of the notice of appeal in this court. *See* TEX. R. APP. 5, 32.1; Tex. Sup. Ct., *Fees Charged in the Supreme Court, In Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation*, Docket No. 15-9158 (Aug. 28, 2015). We issued an order on December 15, 2017, notifying appellants that the filing fee had not been paid and the docketing statement had not been filed. We ordered appellants to pay the filing fee and file the docketing statement by December 27, 2017. Our order

advised appellants that if the filing fee was not paid and the docketing statement was not filed, this appeal would be dismissed.

The filing fee has not been paid, and the docketing statement has not been filed. We therefore dismiss this appeal. *See* TEX. R. APP. P. 5 (providing appellate courts may enforce rule requiring payment of filing fee "by any order that is just"); *Romero v. Martinez*, No. 04-03-00777-CV, 2004 WL 572331, at *2 (Tex. App.—San Antonio Mar. 24, 2004, no pet.) (mem. op.) (per curiam) (dismissing appeal for failure to pay the filing fee); *see also* TEX. R. APP. P. 42.3 (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

PER CURIAM